In re:  
Charlotte Naomi Sembrano  
    Debtor

Case No. 16-00733-rjf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0975-1     User: darlene     Page 1 of 1     Date Rcvd: Jul 11, 2016  
                        Form ID: 309A     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
```
db           +Charlotte Naomi Sembrano,    84-963 Hanalei St,    Waianae, HI 96792-2211
1331585      +Associa Hawaii,    737 Bishop St Ste 3100,    Honolulu, HI 96813-3285
1331587       Central Pacific Bank,    Cardmember Service,    P.O. Box 6354,    Fargo, ND 58125-6354
1331591       First Hawaiian Bank,    Loan Recovery Department,    P.O. Box 4070,    Honolulu, HI 96847-3200
1331593       PayPal Credit,    P.O. Box 5138,    Lutherville Timonium, MD 21094-5138
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: aiealawoffice@gmail.com Jul 12 2016 02:38:39     Joyce Junko Uehara,
              Joyce J. Uehara, Attorney At Law,   98-084 Kamehameha Highway,    Suite 303B,   Aiea, HI  96701
tr           +EDI: BEAKANE.COM Jul 12 2016 02:28:00      Elizabeth A. Kane,   P.O. Box 1573,
              Honolulu, HI 96806-1573
1331584       EDI: AMEREXPR.COM Jul 12 2016 02:28:00      American Express/Costco,
              Attn: Bankruptcy Department,   P.O. Box 981535,    El Paso, TX 79998-1535
1331586       EDI: TSYS2.COM Jul 12 2016 02:28:00      Barclays Bank Delaware,    P. O. Box 8802,
              Wilmington, DE 19899-8802
1331588       EDI: CHASE.COM Jul 12 2016 02:28:00      Chase Bank,   P.O. Box 15298,
              Wilmington, DE 19850-5298
1331589       EDI: DISCOVER.COM Jul 12 2016 02:28:00      Discover Financial Services LLC,   P.O. Box 8003,
              Hilliard, OH 43026-8003
1331592       EDI: TSYS2.COM Jul 12 2016 02:28:00      Macy's,    Bankruptcy Processing,   P.O. Box 8053,
              Mason, OH 45040-8053
1331590       EDI: USBANKARS.COM Jul 12 2016 02:28:00      Elan Financial Services,   c/o CB Disputes,
              P.O. Box 108,    Saint Louis, MO 63166-0108
1331594       EDI: USAA.COM Jul 12 2016 02:28:00      USAA Credit Card Services,   P.O. Box 65020,
              San Antonio, TX 78265-5020
1331595       EDI: USAA.COM Jul 12 2016 02:28:00      USAA Federal Savings Bank,    P.O. Box 33009,
              San Antonio, TX 78265-3009
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2016 at the address(es) listed below:
```
              Elizabeth A. Kane    Trustee@kanelawhawaii.com, HI11@ecfcbis.com;EKaneTrustee@gmail.com
              Joyce Junko Uehara    on behalf of Debtor Charlotte Naomi Sembrano aiealawoffice@gmail.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

Official Form 309A (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charlotte Naomi Sembrano** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9462** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Hawaii** | | Date case filed for chapter  **7**   **7/9/16** |
| Case number:   **16–00733** | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Charlotte Naomi Sembrano | |
| 2. | **All other names used in the last 8 years** | aka Charlotte Naomi Kane, aka Charlotte Naomi Sakata–Lau, aka Charlotte Naomi Sakata | |
| 3. | **Address** | 84–963 Hanalei St <br> Waianae, HI 96792 | |
| 4. | **Debtor's attorney** <br> Name and address | Joyce Junko Uehara <br> Joyce J. Uehara, Attorney At Law <br> 98–084 Kamehameha Highway <br> Suite 303B <br> Aiea, HI 96701 | Contact phone: (808) 486–2800 <br><br> Email: aiealawoffice@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Elizabeth A. Kane <br> P.O. Box 1573 <br> Honolulu, HI 96806 | Contact phone: (808) 525–6301 <br> Email: Trustee@kanelawhawaii.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** | 1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | Office Hours: Mon–Fri 8:30am to 4:00pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (808) 522–8100 |

| 7. | **Meeting of creditors** | **August 16, 2016 at 09:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/17/16** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

| 13. | **Trustee's sale of property under $2,500** | Unless an objection is filed within 21 days after this notice is filed, the trustee may sell property of the estate if all nonexempt property of the estate has an aggregate gross value under $2,500. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

U.S. Bankruptcy Court - Hawaii  #16-00733  Dkt # 5  Filed  07/13/16  Page 3 of 3